UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dana Mitchell, | Case No.: 21-cv-934 (PJS-HB) |
| Plaintiff, | |
| v. | **DEFENDANTS' PARTIAL MOTION TO DISMISS AND MOTION TO STRIKE ALLEGATIONS FROM THE COMPLAINT** |
| The County of Ramsey, a Minnesota Municipal Corporation, John Choi, in his individual and official capacity, and Robert Fletcher, in his individual and official capacity, | |
| Defendants. | |

Pursuant to Rule 12(b)(6) and Rule 12(f) of the Federal Rules of Civil Procedure, Defendants Ramsey County, John Choi, in his individual and official capacity, and Robert Fletcher, in his individual and official capacity, move the Court for an order granting their Partial Motion to Dismiss and Motion to Strike Allegations from the Complaint. This motion is based upon all the files, records and proceedings herein, Defendants' memorandum of law, the supporting declarations and attachments thereto, and the arguments of counsel.

                                                        Respectfully submitted,

                                                       **MASLON LLP**

Dated: May 5, 2021                By: *s/Charles G. Frohman*
                                                          Mary L. Knoblauch (#0159645)
                                                          Charles G. Frohman (#0386695)
                                                          Brittany B. Skemp (#0395227)
                                                      3300 Wells Fargo Center
                                                      90 South Seventh Street
                                                      Minneapolis, MN  55402-4140
                                                      Telephone:  (612) 672-8200
                                                     Email:  mary.knoblauch@maslon.com
                                                               charles.frohman@maslon.com
                                                               brittany.skemp@maslon.com

                                                      **ATTORNEYS FOR DEFENDANTS RAMSEY COUNTY, JOHN CHOI AND ROBERT FLETCHER**